AFFIDAVIT OF SUSAN LAFONTANT

COMMONWEALTH OF VIRGINIA    )
                            ) SS
CITY OF ALEXANDRIA          )

NOW COMES THE AFFIANT, Susan Lafontant, having been duly sworn to law, who deposes and states the following:

1. I am currently employed as Records Specialist for the Exploited Children Division ("ECD") at the National Center for Missing & Exploited Children ("NCMEC") and have been employed by NCMEC since May 2019. Prior to my current position, I was Supervisor, CyberTipline for ECD. As Records Specialist, ECD, I am familiar with the operations of the CyberTipline, including the procedures involving the receipt and processing of reports by NCMEC and the procedures used to generate and maintain reports. The information contained in this declaration is based on my own personal knowledge and information to which I have access in my role as Records Specialist for ECD for NCMEC.

2. NCMEC is a private, nonprofit corporation, incorporated under the laws of the District of Columbia. NCMEC's mission is to help find missing children, reduce child sexual exploitation, and prevent child victimization.

**CyberTipline**

3. NCMEC created the ECD in January 1997. NCMEC began operating the CyberTipline on March 9, 1998, in furtherance of its private mission to serve as the national resource center and clearinghouse concerning online child sexual exploitation. The CyberTipline was created to allow persons to report online (and via toll-free telephone) the enticement of children for sexual acts, child sexual molestation, child pornography, child sex tourism, child sex trafficking, unsolicited obscene materials sent to a child, misleading domain names, misleading words or digital images on the Internet. The majority of CyberTipline reports NCMEC receives relate to apparent child pornography and are from electronic service providers ("ESPs").

4. ECD staff cannot alter or change information submitted by a reporting party to the CyberTipline. Except for the incident type, date, and time, NCMEC does not direct or mandate the type of information that a member of the public or an ESP may choose to submit in a CyberTipline report. NCMEC provides voluntary reporting fields that a member of the public or an ESP may choose to populate with information.

5. The front page of each CyberTipline report indicates a date and time (in Coordinated Universal Time or UTC) that the report was created upon submission of the report content by the reporting person or reporting ESP. The front page also lists an Incident Type for the report and the number of total uploaded files, if any, submitted by the reporting ESP.

6. CyberTipline reports contain 4 sections: Section A, Section B, Section C, and Section D.

7. Section A of a CyberTipline report contains information submitted by the reporting person or reporting ESP. NCMEC staff cannot revise or edit any information contained in Section A. Other than the "Incident Type" and "Incident Time" fields in Section A, all information provided by the reporting person or reporting ESP in any other fields is voluntary.

8. Section B of a CyberTipline report contains automated information that NCMEC Systems automatically generate based on information provided by a reporting ESP.

9. Section C of a CyberTipline report contains additional information compiled and documented by NCMEC based on the information submitted in Section A.

10. Section D of a CyberTipline report contains information documented by NCMEC relating to the law enforcement agency to which the CyberTipline report was made available.

**Information Relevant to CyberTipline Report #87232205**

11. NCMEC generates CyberTipline reports, such as CyberTipline report #87232205, in the regular course of business. This report was created and maintained in the normal course of NCMEC's regularly conducted activities and was generated by, or upon transmission of the information from, a person with knowledge of the information set forth in this report. The report is a true and correct duplicate of the original.

12. On or about March 3, 2021, Snapchat, an ESP, submitted a report related to the suspect with the reported screen/user name of "as_89trkr" and IP address of "45.47.117.67". Snapchat indicated the Incident Type as "Child Pornography". Upon receipt, NCMEC generated CyberTipline report #87232205.

13. Snapchat uploaded seven (7) files in CyberTipline report #87232205.

14. Snapchat responded "Yes" to the following question in Section A: "Were entire contents of uploaded file publicly available?" for each of the seven (7) uploaded files.

15. As noted in Section C of CyberTipline report #87232205, NCMEC staff did not view the seven (7) uploaded files.

16. As noted in Section D of CyberTipline report #87232205, CyberTipline report #87232205 was made available to the New York State Police Department in New York.

**Information Relevant to CyberTipline Report #88898921**

17. NCMEC generates CyberTipline reports, such as CyberTipline report #88898921, in the regular course of business. This report was created and maintained in the normal course of NCMEC's regularly conducted activities and was generated by, or upon transmission of the information from, a person with knowledge of the information set forth in this report. The report is a true and correct duplicate of the original.

18. On or about April 13, 2021, Snapchat, an ESP, submitted a report related to the suspect with the reported screen/user name of "westernstrrig45" and email address of ███████@gmail.com". Snapchat indicated the Incident Type as "Child Pornography". Upon receipt, NCMEC generated CyberTipline report #88898921.

19. Snapchat uploaded two (2) files in CyberTipline report #88898921.

20. Snapchat responded "Yes" to the following question in Section A: "Were entire contents of uploaded file publicly available?" for each of the two (2) uploaded files.

21. As noted in Section C of CyberTipline report #88898921, NCMEC staff did not view the two (2) uploaded files.

22. As noted in Section D of CyberTipline report #88898921, CyberTipline report #88898921 was made available to the New York State Police Department in New York.

**Information Relevant to CyberTipline Report #92616570**

23. NCMEC generates CyberTipline reports, such as CyberTipline report #92616570, in the regular course of business. This report was created and maintained in the normal course of NCMEC's regularly conducted activities and was generated by, or upon transmission of the information from, a person with knowledge of the information set forth in this report. The report is a true and correct duplicate of the original.

24. On or about June 10, 2021, Snapchat, an ESP, submitted a report related to the suspect with the reported screen/user name of "luckyguy379" and email address of ███████████@gmail.com". Snapchat indicated the Incident Type as "Child Pornography". Upon receipt, NCMEC generated CyberTipline report #92616570.

25. Snapchat uploaded one (1) file in CyberTipline report #92616570.

26. Snapchat responded "Yes" to the following question in Section A: "Did Reporting ESP view entire contents of uploaded file?" for the one (1) uploaded file.

27. Snapchat responded "Yes" to the following question in Section A: "Were entire contents of uploaded file publicly available?" for the one (1) uploaded file.

28. As indicated in Section B, the one (1) uploaded file was categorized by Snapchat as a B2 which signifies that Snapchat described the uploaded file as containing content showing a pubescent minor engaged in lascivious exhibition, which is defined as any image depicting nudity and one or more of: restraint, sexually suggestive poses, focus on genitals, inappropriate touching, adult arousal, spreading of limbs or genitals, and such depiction lacks serious literary, artistic, political, or scientific value.

29. As noted in Section C of CyberTipline report #92616570, NCMEC staff did not view the one (1) uploaded file.

30. As noted in Section D of CyberTipline report #92616570, CyberTipline report #92616570 was made available to the New York State Police Department in New York.

**Information Relevant to CyberTipline Report #116612117**

31. NCMEC generates CyberTipline reports, such as CyberTipline report #116612117, in the regular course of business. This report was created and maintained in the normal course of NCMEC's regularly conducted activities and was generated by, or upon transmission of the information from, a person with knowledge of the information set forth in this report. The report is a true and correct duplicate of the original.

32. On or about January 26, 2022, Instagram, Inc. ("Instagram"), an ESP submitted a report related to the suspect with the reported screen/user name of "hot.tboy67", ESP User ID of "49414442659", phone number of "█████7141", and email address of █████@yahoo.com". Instagram indicated the Incident Type as "Child Pornography". Upon receipt, NCMEC generated CyberTipline report #116612117.

33. Instagram uploaded one (1) file in CyberTipline report #116612117.

34. As indicated in Section B, the one (1) uploaded file was categorized by Instagram as a B1 which signifies that Instagram described the uploaded file as containing content showing a pubescent minor engaged in a sex act, which is defined as any image of sexually explicit conduct (actual or simulated sexual intercourse including genital-genital, oral-genital, anal-genital, or oral-anal whether between person of the same or opposite sex), bestiality, masturbation, sadistic or masochistic abuse, degradation, or any such depiction that lacks serious literary, artistic, political, or scientific value.

35. As noted in Section C of CyberTipline report #116612117, NCMEC staff did not view the one (1) uploaded file.

36. As noted in Section D of CyberTipline report #116612117, CyberTipline report #116612117 was made available to the Virginia State Police in Fairfax, Virginia and the New York State Police Department in New York.

**Information Relevant to CyberTipline Report #123623081**

37. NCMEC generates CyberTipline reports, such as CyberTipline report #123623081, in the regular course of business. This report was created and maintained in the normal course of NCMEC's regularly conducted activities and was generated by, or upon transmission of the information from, a person with knowledge of the information set forth in this report. The report is a true and correct duplicate of the original.

38. On or about April 30, 2022, Snapchat, an ESP, submitted a report related to the suspect with the reported screen/user name of "themantrucker" and email address of "█████@gmail.com". Snapchat indicated the Incident Type as "Child Pornography". Upon receipt, NCMEC generated CyberTipline report #123623081.

39. Snapchat uploaded three (3) files in CyberTipline report #123623081.

40. Snapchat responded "Yes" to the following question in Section A: "Did Reporting ESP view entire contents of uploaded file?" for each of the three (3) uploaded files.

41. As noted in Section C of CyberTipline report #123623081, NCMEC staff viewed one (1) of the three (3) uploaded files, but did not view the remaining (2) uploaded files.

42. As noted in Section D of CyberTipline report #123623081, CyberTipline report #123623081 was made available to the New York State Police Department in New York.

**Information Relevant to CyberTipline Report #123940318**

43. NCMEC generates CyberTipline reports, such as CyberTipline report #123940318, in the regular course of business. This report was created and maintained in the normal course of NCMEC's regularly conducted activities and was generated by, or upon transmission of the information from, a person with knowledge of the information set forth in this report. The report is a true and correct duplicate of the original.

44. On or about May 4, 2022, Snapchat, an ESP, submitted a report related to the suspect with the reported screen/user name of "truckguy3890" and email address of "█████@gmail.com". Snapchat indicated the Incident Type as "Child Pornography". Upon receipt, NCMEC generated CyberTipline report #123940318.

45. Snapchat uploaded one (1) file in CyberTipline report #123940318.

46. Snapchat responded "Yes" to the following question in Section A: "Did Reporting ESP view entire contents of uploaded file?" for the one (1) uploaded file.

47. As noted in Section C of CyberTipline report #123940318, NCMEC staff did not view the one (1) uploaded file.

48. As noted in Section D of CyberTipline report #123940318, CyberTipline report #123940318 was made available to the New York State Police Department in New York.

**Information Relevant to CyberTipline Report #124080432**

49. NCMEC generates CyberTipline reports, such as CyberTipline report #124080432, in the regular course of business. This report was created and maintained in the normal course of NCMEC's regularly conducted activities and was generated by, or upon transmission of the

information from, a person with knowledge of the information set forth in this report. The report is a true and correct duplicate of the original.

50. On or about May 05, 2022, Instagram, an ESP, submitted a report related to the suspect with the reported screen/user name of "funboh788", ESP User ID of "52672043791", phone number of "█████7141", and email address of "█████@yahoo.com". Instagram indicated the Incident Type as "Child Pornography". Upon receipt, NCMEC generated CyberTipline report #124080432.

51. Instagram uploaded one (1) file in CyberTipline report #124080432.

52. As indicated in Section B, the one (1) uploaded file was categorized by Instagram as an A1 which signifies that Instagram described the uploaded file as containing content showing a prepubescent minor engaged in a sex act, which is defined as any image of sexually explicit conduct (actual or simulated sexual intercourse including genital-genital, oral-genital, anal-genital, or oral-anal whether between person of the same or opposite sex), bestiality, masturbation, sadistic or masochistic abuse, degradation, or any such depiction that lacks serious literary, artistic, political, or scientific value.

53. As noted in Section C of CyberTipline report #124080432, NCMEC staff did not view the one (1) uploaded file.

54. As noted in Section D of CyberTipline report #124080432, CyberTipline report #124080432 was made available to the Virginia State Police in Fairfax, Virginia and the New York State Police Department in New York.

**Information Relevant to CyberTipline Report #126172992**

55. NCMEC generates CyberTipline reports, such as CyberTipline report #126172992, in the regular course of business. This report was created and maintained in the normal course of NCMEC's regularly conducted activities and was generated by, or upon transmission of the information from, a person with knowledge of the information set forth in this report. The report is a true and correct duplicate of the original.

56. On or about May 29, 2022, Snapchat, an ESP, submitted a report related to the suspect with the reported screen/user name of "rammantruck" and email address of "█████@gmail.com". Snapchat indicated the Incident Type as "Child Pornography". Upon receipt, NCMEC generated CyberTipline report #126172992.

57. Snapchat uploaded one (1) file in CyberTipline report #126172992.

58. Snapchat responded "Yes" to the following question in Section A: "Did Reporting ESP view entire contents of uploaded file?" for the one (1) uploaded file.

59. As noted in Section C of CyberTipline report #126172992, NCMEC staff viewed the one (1) uploaded file.

60. As noted in Section D of CyberTipline report #126172992, CyberTipline report #126172992 was made available to the New York State Police Department in New York.

**Information Relevant to CyberTipline Report #136275941**

61. NCMEC generates CyberTipline reports, such as CyberTipline report #136275941, in the regular course of business. This report was created and maintained in the normal course of NCMEC's regularly conducted activities and was generated by, or upon transmission of the information from, a person with knowledge of the information set forth in this report. The report is a true and correct duplicate of the original.

62. On or about October 10, 2022, Discord Inc. ("Discord"), an ESP, submitted a report related to the suspect with the reported screen/user name of "hotttbisexy890#44", ESP User ID of "1016544672077856912", and email address of ██████@gmail.com". Discord indicated the Incident Type as "Child Pornography". Upon receipt, NCMEC generated CyberTipline report #136275941.

63. Discord uploaded one (1) file in CyberTipline report #136275941.

64. Discord responded "Yes" to the following question in Section A: "Did Reporting ESP view entire contents of uploaded file?" for the one (1) uploaded file.

65. Discord responded "Yes" to the following question in Section A: "Were entire contents of uploaded file publicly available?" for the one (1) uploaded file.

66. As noted in Section C of CyberTipline report #136275941, NCMEC staff viewed the one (1) uploaded file.

67. As noted in Section D of CyberTipline report #136275941, CyberTipline report #136275941 was made available to the New York State Police Department in New York.

**Information Relevant to CyberTipline Report #136275942**

68. NCMEC generates CyberTipline reports, such as CyberTipline report #136275942, in the regular course of business. This report was created and maintained in the normal course of NCMEC's regularly conducted activities and was generated by, or upon transmission of the information from, a person with knowledge of the information set forth in this report. The report is a true and correct duplicate of the original.

69. On or about October 10, 2022, Discord, an ESP, submitted a report related to the suspect with the reported screen/user name of "hotttbisexy890#44", ESP User ID of "1016544672077856912", and email address of ██████@gmail.com". Discord indicated the Incident Type as "Child Pornography". Upon receipt, NCMEC generated CyberTipline report #136275942.

70. Discord uploaded one (1) file in CyberTipline report #136275942.

71. Discord responded "Yes" to the following question in Section A: "Did Reporting ESP view entire contents of uploaded file?" for the one (1) uploaded file.

72. Discord responded "Yes" to the following question in Section A: "Were entire contents of uploaded file publicly available?" for the one (1) uploaded file.

73. As noted in Section C of CyberTipline report #136275942, NCMEC staff viewed the one (1) uploaded file.

74. As noted in Section D of CyberTipline report #136275942, CyberTipline report #136275942 was made available to the New York State Police Department in New York.

**Information Relevant to CyberTipline Report #138051748**

75. NCMEC generates CyberTipline reports, such as CyberTipline report #138051748, in the regular course of business. This report was created and maintained in the normal course of NCMEC's regularly conducted activities and was generated by, or upon transmission of the information from, a person with knowledge of the information set forth in this report. The report is a true and correct duplicate of the original.

76. On or about November 1, 2022, Snapchat, an ESP, submitted a report related to the suspect with the reported screen/user name of "joel_u2022893" and email address of "█████)@gmail.com". Snapchat indicated the Incident Type as "Child Pornography". Upon receipt, NCMEC generated CyberTipline report #138051748.

77. Snapchat uploaded one (1) file in CyberTipline report #138051748.

78. Snapchat responded "Yes" to the following question in Section A: "Did Reporting ESP view entire contents of uploaded file?" for the one (1) uploaded file.

79. As noted in Section C of CyberTipline report #138051748, NCMEC staff viewed the one (1) uploaded file.

80. As noted in Section D of CyberTipline report #138051748, CyberTipline report #138051748 was made available to the New York State Police Department in New York.

**Information Relevant to CyberTipline Report #139232954**

81. NCMEC generates CyberTipline reports, such as CyberTipline report #139232954, in the regular course of business. This report was created and maintained in the normal course of NCMEC's regularly conducted activities and was generated by, or upon transmission of the information from, a person with knowledge of the information set forth in this report. The report is a true and correct duplicate of the original.

82. On or about November 22, 2022, Discord, an ESP, submitted a report related to the suspect with the reported screen/user name of "hottttie324#4734", ESP User ID of

"1028914351509356554", and email address of "▉▉▉▉▉)@gmail.com". Discord indicated the Incident Type as "Child Pornography". Upon receipt, NCMEC generated CyberTipline report #139232954.

83. Discord uploaded one (1) file in CyberTipline report #139232954.

84. Discord responded "Yes" to the following question in Section A: "Did Reporting ESP view entire contents of uploaded file?" for the one (1) uploaded file.

85. Discord responded "Yes" to the following question in Section A: "Were entire contents of uploaded file publicly available?" for the one (1) uploaded file.

86. As noted in Section C of CyberTipline report #139232954, NCMEC staff did not view the one (1) uploaded file.

87. As noted in Section D of CyberTipline report #139232954, CyberTipline report #139232954 was made available to the New York State Police Department in New York.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information and belief.

_____     08/16/2023
SUSAN LAFONTANT                     DATE
Records Specialist
Exploited Children Division
The National Center for Missing and Exploited Children
333 John Carlyle Street
Alexandria, VA  22314


City/County of Alexandria
Commonwealth of Virginia

The foregoing instrument was subscribed and sworn before me this 16th day of August, 2023 by Susan Lafontant.

Notary Public: VA Notary Signature _____

My Commission Stamp _____

```
DANIEL JOHN SPINO
NOTARY PUBLIC
REGISTRATION # 8006998
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
JUNE 30, 2026
```