IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*****************************************

UNITED STATES OF AMERICA,

v.                               Docket No.:   5:23-CR-00079 (BKS)

AUSTIN TENNANT,
        Defendant.
*****************************************

# DISCORD INC. AFFIDAVIT

1.    I am a Senior Manager, Legal Response Team at Discord Inc. ("Discord"), where I have been employed for approximately a year and a half. As part of my duties at Discord, I handle issues that may result in the removal of content from Discord's platform. I am familiar with Discord's procedures for responding to legal process and the procedures for making CyberTips to the National Center for Missing and Exploited Children ("NCMEC") when appropriate.

2.    I am over the age of eighteen and competent to make this declaration. I make each of the following statements based on my personal knowledge, and I could, if necessary, testify to the truth of each of them.

3.    Discord is a voice, video, and text communication platform that allows its users the ability to interact with one another about common interests. Discord's terms of service, which a user must accept as part of registering a Discord account, among other things, prohibits users from using Discord's services to do anything illegal. The terms also provide Discord the

right to monitor, block, remove, and/or permanently delete users' content if it is in breach of the terms, Community Guidelines, other policies, or any applicable law or regulation. A true and correct copy of Discord's relevant terms of service is attached hereto as Exhibit A. Moreover, Discord's Community Guidelines state, "We report illegal content and grooming to the National Center for Missing & Exploited Children." A true and correct copy of Discord's Community Guidelines is attached hereto as Exhibit B.

4. Discord has a strong business interest in enforcing our terms of service and ensuring that our products are free of illegal content, and in particular, child sexual abuse material (CSAM). We independently and voluntarily take steps to monitor and safeguard our platform. If our services were associated with being a haven for abusive content and conduct, it could damage our reputation and business interests. Taking steps to rid our services of CSAM is important to protecting our users, our brand, and our business interests.

5. Based on these private, non-government interests, Discord contributes to the NCMEC-hosted Industry list of hashes of known CSAM. The format for this list is PhotoDNA, which is a technology for hash matching licensed by Microsoft. We understand that other members of industry who participate in the NCMEC-hosted Industry hash sharing program, would have access to this hash list for the purpose of searching their platforms of known CSAM. The hashes in this list are sourced from Industry, not government.

6. We also encourage users to report content they encounter that they believe violates the law, our Community Guidelines or other policies. If appropriate, we review reported content to, among other things, help expand our database of known CSAM. No hash is added to our repository without the corresponding image first having been visually confirmed by a Discord employee to be apparent CSAM.

7. When apparent CSAM is reported to Discord, either through an automated scan of content, by a user or otherwise, Discord undertakes a manual, human review, to confirm that the image contains apparent CSAM.

8. When Discord discovers apparent CSAM, in accordance with 18 U.S.C. § 2258A, Discord files a report with the NCMEC in the form of a CyberTip.

9. Discord trains a team of employees on the legal obligation to report apparent CSAM. The team is trained by CSAM subject matter experts on the statutory definition of CSAM and how to recognize it. Discord makes reports to NCMEC in accordance with that training.

10. I have been provided with the CyberTip numbers associated with the above-captioned matter and have reviewed those CyberTips. Those CyberTip numbers are as follows: 136275941, 136275942, and 139232954.

11. Discord's records reflect that the one (1) image reported in CyberTip # 136275941 (submitted on or around October 10, 2022) was publicly available and that a Discord employee viewed the entire contents of the file before uploading it as a CyberTip.

12. Discord's records reflect that the one (1) image reported in CyberTip # 136275942 (submitted on or around October 10, 2022) was publicly available and that a Discord employee viewed the entire contents of the file before uploading it as a CyberTip.

13. Discord's records reflect that the one (1) image reported in CyberTip # 139232954 (submitted on or around November 22, 2022) was publicly available and that a Discord employee viewed the entire contents of the file before uploading it as a CyberTip.

14. Discord did not have any discussions or interactions with NCMEC or any law enforcement agency pertaining to the reported account(s) prior to generating or submitting any of

the above mentioned CyberTips. Discord also has no record of producing the images reported in these CyberTips directly to law enforcement.

15.     When Discord includes a statement or indication in a CyberTip that an image was viewed or reviewed by Discord, it is referring to a viewing of that image by a human reviewer concurrent to or immediately preceding making the report. Discord makes an effort to complete the portion of the form seeking clarity regarding whether a file was viewed because failure to do so incurs an operational burden of separately responding to subsequent inquiries regarding whether content was viewed or not.

16.     When Discord includes a statement or indication in a CyberTip that an image was publicly available, it means that, in general, anyone that was a member of the server or direct message in which the content was posted or was provided with the CDN link for the content would have access to view the image.

17.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Date: 09/01/2023                             by: Rolando Vega (Sep 1, 2023 17:30 PDT)
                                                  Rolando Vega